OPINION — AG — A BOARD OF COUNTY COMMISSIONERS MAY NOT LAWFULLY ENTER INTO A LEASE AGREEMENT FOR THE RENTAL OF TWO WAY RADIO UNITS UNDER 62 O.S. 1961 430.1 [62-430.1]. NOTHING IN THIS OPINION SHOULD BE CONSTRUED AS PASSING ON THE RIGHT OF A BOARD OF COUNTY COMMISSIONERS TO PURCHASE OUTRIGHT (AS OPPOSED TO LEASE RENTAL) SUCH TWO WAY RADIO UNITS UNDER SAID BOARD'S GENERAL POWERS. CITE: 19 O.S. 1961 171 [19-171] (BURCK BAILEY)